# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: lt | Date Created: 08/12/2011 |
| Case: 11–31806–lkg | Form ID: 227 | Total: 67 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Charles Bourrage | 20 Hollandia Dr | Fairview Heights, IL 62208 | | |
| jtdb | Deshonia L Bourrage | 20 Hollandia Dr | Fairview Heights, IL 62208 | | |
| ust | United States Trustee | Becker Bldg, Room 1100 | 401 Main St | Peoria, IL 61602 | |
| tr | Cynthia A Hagan | Chapter 7 Trustee | 206 W College St | Suite 12 | Carbondale, IL 62901 |
| 3074382 | AFNI, Inc. | 404 Brock Drive | Bloomington,IL 61702 | | |
| 3074388 | AT | 208 S. Akard | Dallas, TX 75202 | | |
| 3074379 | Aaron's Rental Inc. | 2035 W. US Hwy. 50 | Fairview Heights, IL 62208 | | |
| 3074381 | Account Resolution Corporation | 17600 Chesterfield Airport Road | Ste 201 | Chesterfield, MO 63005 | |
| 3074380 | Ameren IP | PO Box 66884 | St. Louis, MO 63166 | | |
| 3074383 | America's Recovery Solution, Ltd. | 103 Milan Avenue | Ste.2 | Amherst, OH 44001 | |
| 3074384 | Anderson Hospital | 34 Central Avenue | Hauppauge, NY 11788 | | |
| 3074386 | Arrow Financial Service | 5996 W Touhy Avenue | Niles, IL 60714 | | |
| 3074385 | Ashworth University | 6625 Coroner Parkway, Ste 500 | Norcross, GA 30092 | | |
| 3074387 | Asset Acceptance Corporation | PO Box 2036 | Warren, MI 48090 | | |
| 3074389 | Bally's Total Fitness | PO Box 1090 | Norwalk, CA 90651 | | |
| 3074390 | Bank of America | PO Box 15026 | Wilmington, DE 19850 | | |
| 3074391 | Belleville Orthopedics PC | 4550 Memorial Drive, Ste 460 | Belleville, IL 62226 | | |
| 3074392 | Capital One | PO Box 30281 | Salt Lake City, UT 84130 | | |
| 3074393 | Car Credit City | 3550 Horner Adams | Bridgeton, MO 63044 | | |
| 3074394 | Catholic and Community Credit Union | 1109 Hartman Lane | Shiloh, IL 62221 | | |
| 3074395 | Charter Communications | 12405 Powercourt Drive | St. Louis, MO 63131 | | |
| 3074397 | Club Fitness | 571 Belt Line Road | Collinsville, IL 62234 | | |
| 3074396 | Collection Company of America | 700 Longwater Drive | Norwell, MA 020611 | | |
| 3074398 | Consumer Collection Management Inc. | P.O. Box 1839 | Maryland Heights, MO 63043 | | |
| 3074399 | Credit Acceptance Corp. | 25505 W 12 Mile Rd | Southfield, MI 48034 | | |
| 3074400 | Credit Management | 17070 Dallas Parkway | Dallas, TX 75248 | | |
| 3074401 | Dakota State Bank | 211 North Main | Blunt, SD 57522 | | |
| 3074402 | Direct Loans | PO Box 7202 | Utica, NY 13504 | | |
| 3074403 | Direct TV | PO Box 6550 | Greenwood Village, CO 80155 | | |
| 3074404 | Discover Card | PO Box 17019 | Wilmington, DE 19850 | | |
| 3074405 | Education America | 123 Center Park Dr. | Knoxville, TN 37922 | | |
| 3074406 | FFCC – Columbus, Inc. | PO Box 20790 | Columbus, OH 43220 | | |
| 3074407 | Fed Loan Servicing | 1200 N 7th Street | Harrisburg, P A 17102 | | |
| 3074408 | First Source Financial Solution | 7650 Magna Drive | Belleville, IL 62223 | | |
| 3074409 | Frei Development Inc. | PO Box 97 | Belleville, IL 62222 | | |
| 3074410 | General Credit Acceptance Company, LLC | PO Box 730 | Bridgeton, MO 63044 | | |
| 3074411 | Harris Finance | 2739 Cherokee St | Saint Louis, MO 63118 | | |
| 3074413 | Illinois American Water | 300 North Water Works Drive | Belleville, IL 62223 | | |
| 3074412 | Illinois Student Assistance | 1755 Lake Cook Rd | Deerfield, IL 60015 | | |
| 3074414 | Imagine Credit Card | PO Box 71 | Riderwood, MD 21139 | | |
| 3074415 | Insta Credit Auto Mart | 910 North Bluff Road | Collinsville, IL 62234 | | |
| 3074416 | Jefferson Capital Systems, LLC | 16 McLeland Road | St. Cloud, MN 56303 | | |
| 3074417 | Krigels Jewelers | 7875 Montgomery Rd | Cincinnati, OH 45236 | | |
| 3074418 | Lerch Properties | P.O. Box 445 | Maryville, IL 62062 | | |
| 3074420 | MCI | 500 Technology Drive | Weldon Spring, MO 63304 | | |
| 3074419 | Macy's | 7 West Seventh Street | Cincinnati, OH 45202 | | |
| 3074421 | Midland Funding NCC–2 Corporation | 864 Willis Avenue | Albertson, NY 11507 | | |
| 3074422 | Missouri Pay Day Loan | 11732 W Florissant Ave. | Florissant, MO 63033 | | |
| 3074424 | NCO Financial Systems, Inc | 605 W Edision Road, Ste K | Mishawaka, IN 46545 | | |
| 3074423 | National Rent to Own | 658B Carlyle | Belleville, IL 62221 | | |
| 3074425 | Parsons Place Apartment | 1060 North 18th Street | East S1. Louis, IL 62205 | | |
| 3074426 | Portfolio Recovery Ass. | 120 Corporate Blvd, Ste 100 | Norfolk, VA 23502 | | |
| 3074427 | RJM Acquisitions LLC | 575 Underhill Blvd. | Ste.224 | Syosset, NY 11791 | |
| 3074428 | Regions Bank | 1900 Fifth Ave | Birmingham, AL 35203 | | |
| 3074429 | Rent A Center | 13 Bellevue Park Plaza | Belleville, IL 62226 | | |
| 3074430 | Resurgence Financial LLC | 3330 Cumberland Blvd., Ste 500 | Atlanta, GA 30339 | | |
| 3074433 | SIUE | Edwardsville, IL 62026 | | | |
| 3074431 | Sanford Brown College | 1101 Eastport Plaza Drive | Collinsville, IL 62234 | | |
| 3074432 | Security Finance | 204 E Main Street | Spartanburg,SC 29306 | | |
| 3074434 | Sprint | 2 Easton Oval Ste 400 | Columbus, OH 43219 | | |
| 3074435 | Sun Loan Company | 4701 W Main Street | Belleville, IL 62226 | | |
| 3074436 | Surety Finance | 1250 Camp Jackson Road | Cahokia, IL 62206 | | |
| 3074437 | Title Lender of Missouri | 224 North 4th Street | St. Louis, MO 63102 | | |
| 3074438 | US Bank | 7th Washington | St. Louis, MO 63101 | | |
| 3074439 | WCI | PO Box 97029 | Redmond, W A 98073 | | |
| 3074440 | Wells Fargo | PO Box 84712 | Sioux Falls, SD 57118 | | |
| 3074441 | Wodd Finance Corporation | PO Box 6429 | Greenville, SC 29606 | | |

TOTAL: 67