# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Charles Bourrage and Deshonia L Bourrage

       Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–9236   xxx–xx–2390

In Proceedings
Under Chapter 7

BK 11–31806–lkg

# NOTICE

    Notice is hereby given that an Application to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. § 1930(f) has been filed by the debtor(s) in this case.

    Any objection to the application must be filed in writing with this Court on or before 8/29/2011.

    If no objection is received within the requisite period time, the Court shall enter an order either granting or denying the motion.

DATED: August 15, 2011

                                                                                        **Donna N Beyersdorfer**
                                                                                    CLERK OF THE BANKRUPTCY COURT

DIRECT ALL CORRESPONDENCE TO:
U.S. BANKRUPTCY COURT
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201