# Notice Recipients

District/Off: 0754–3            User: jm                    Date Created: 8/15/2011
Case: 11–31806–lkg             Form ID: 375                 Total: 4

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPRegion10.es.ecf@usdoj.gov
tr         Cynthia A Hagan              CynthiaAHagan@aol.com

                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Charles Bourrage      20 Hollandia Dr      Fairview Heights, IL 62208
jtdb       Deshonia L Bourrage     20 Hollandia Dr      Fairview Heights, IL 62208

                                                                    TOTAL: 2