# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Charles Bourrage and Deshonia L Bourrage

    Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−9236   xxx−xx−2390

In Proceedings
Under Chapter 7

BK 11−31806−lkg

# ORDER AND DEFICIENCY NOTICE

To the Debtor(s) and Counsel, if any:

Pursuant to the Federal Rules of Bankruptcy Procedure debtor(s) has **14 DAYS FROM THE DATE OF FILING** the above−entitled case to file the required statements, schedules, lists and plan. The document(s) listed below are to be filed with the Court on or before 14 days from 8/12/2011, the date of the filing of the above−captioned case.

    Certificate of Budget and Credit Counseling Course
    Summary of Schedules
    Statistical Summary of Certain Liabilities and Related Data
    Schedule A−H
    Unsworn Declaration Concerning Schedules
    Statement of Financial Affairs

**IT IS ORDERED** that should the debtor(s) fail to **fully** comply by filing all missing documents on or before the stated due date, this case may be dismissed without further notice or hearing.

ENTERED: August 15, 2011             /s/ Laura K. Grandy
                                                                   UNITED STATES BANKRUPTCY JUDGE